**Order entered January 23, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-23-00056-CV

## IN RE MARCOS GONZALEZ, Relator

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-09623**

### ORDER
Before Justices Reichek, Nowell, and Miskel

This original proceeding challenges a December 7, 2022 "Order on Plaintiffs' Second Motion to Compel Production of Defendant Marco Gonzalez's Medical Records" signed in the 192nd District Court, Dallas County, Texas by the Honorable Kristina Williams, whose term expired on December 31, 2022. Also before the Court is relator's January 19, 2023 "Motion for Temporary Relief Pending Mandamus."

Relator's motion for temporary relief is **DENIED**.

Rule 7.2(b) requires this Court to abate this proceeding to allow the successor judge to reconsider the challenged order. *See* TEX. R. APP. P. 7.2(b) ("If

the case is an original proceeding under Rule 52, the court must abate the proceeding to allow the successor to reconsider the original party's decision.").

Accordingly, we **ABATE** this original proceeding pursuant to Texas Rule of Appellate Procedure 7.2(b). This case is removed from the Court's active docket until further order of this Court to allow the successor judge to reconsider the December 7, 2022 ruling of the former judge of the 192nd District Court. We further **ORDER** the parties to file a status report with this Court within **TEN DAYS** of any ruling by the successor judge required by rule 7.2(b).

/s/    AMANDA L. REICHEK
        JUSTICE